```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JASON SCHMIDT, et al., on behalf of themselves and all others similarly situated, | : | CIVIL ACTION NO. 12-7222 |
| Plaintiffs, | : | |
| v. | : | |
| FORD MOTOR COMPANY, | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **20th** day of **September, 2013**, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 18) is **GRANTED**;

(2) Count I of the First Amended Complaint is **DISMISSED** as to Frank Kurian, Lee Pullen, Victor and Keesha Rose, Nicholas Schmidt, and Stephen Gooder;

(3) Count III is **DISMISSED** as to Nicholas Schmidt; and

(4) Counts II, IV-XIII, and XV are **DISMISSED** in their entirety.

**AND IT IS SO ORDERED.**

                                    /s/ Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO, J.**