```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASON SCHMIDT, et al.,          :    CIVIL ACTION
                                :    NO. 12-7222
          Plaintiffs,           :
                                :
     v.                         :
                                :
FORD MOTOR COMPANY,             :
                                :
          Defendant.            :
                                :
DEBORAH GILL, et al.,           :    CIVIL ACTION
                                :    NO. 13-7254
          Plaintiffs,           :
                                :
     v.                         :
                                :
FORD MOTOR COMPANY,             :
                                :
          Defendant.            :
                                :
```

## O R D E R

**AND NOW**, this **1st** day of **August, 2016,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 74) is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**